

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLVESTER J. ORSI,<br><br>                    Plaintiff,<br>            v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH INTERNATIONAL, INC., and PAUL A. PITTMAN,<br>                    Defendants. | Civil Action<br>No. 05 CV 2383 (DC)<br><br>**STIPULATION** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/05

IT IS HEREBY STIPULATED AND AGREED, by and between all of the parties hereto, through their undersigned attorneys, that the time within which Defendants may serve their reply papers in further support of their Motion to Dismiss is extended to and including November 7, 2005.

Dated: New York, New York
       October 28, 2005

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____
Christopher P. Hall (CH7220)
Mark S. Mandel (MM2103)
Mark D. Knoll (MK5343)
101 Park Avenue
New York, New York 10178
Tel.: 212-309-6000
Fax: 212-309-6001

Attorneys for Defendants Merrill Lynch & Co., Inc.
and Merrill Lynch International, Inc.

1-NY/1966137.1

**BINGHAM McCUTCHEN LLP**

By: _____
Mary Gail Gearns (MG5940)
Donald S. Davidson
Maryareh Mona Simonian (MS2654)
399 Park Avenue
New York, New York 10022
Tel.: 212-705-7000
Fax: 212-752-5378

Attorneys for Defendant Paul A. Pittman


**SCHNADER HARRISON SEGAL & LEWIS LLP**

By: _____
Henry J. Fieldman (HF1463)
Anthony B. Ullman (AU4503)
140 Broadway, 31st Floor
New York, New York 10005-1101
Tel.: 212-973-8000
Fax: 212-972-8798

Attorneys for Plaintiff Sylvester J. Orsi


SO ORDERED

_____
U.S.D.J.

11/7/05

I-NY/1966137.1